1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11 TALMADGE ADIB TALIB,  ) Case No. CV 15-03825-JAK (DFM)
                                  )
12          Plaintiff,            )
                                  ) Order Accepting Report and
13          v.                    ) Recommendation of United States
                                  ) Magistrate Judge
14 JUAN GUERRERO et al.,          )
                                  )
15          Defendants.           )
                                  )
16 ───────────────────────────────)

17 DANIEL A. DAVIS,               ) Case No. CV 15-03829-JAK (DFM)
                                  )
18          Plaintiff,            )
                                  ) Order Accepting Report and
19          v.                    ) Recommendation of United States
                                  ) Magistrate Judge
20 JUAN GUERRERO et al.,          )
                                  )
21          Defendants.           )
                                  )
22 ───────────────────────────────)

23 ROLAND LEROY REESE-BEY,        ) Case No. CV 15-03833-JAK (DFM)
                                  )
24          Plaintiff,            )
                                  ) Order Accepting Report and
25          v.                    ) Recommendation of United States
                                  ) Magistrate Judge
26 JUAN GUERRERO et al.,          )
                                  )
27          Defendants.           )
                                  )
28 ───────────────────────────────)

| | | |
|---|---|---|
| 1 | ROMANÁH HOLMES-BEY, | ) Case No. CV 15-04822-JAK (DFM) |
| 2 | Plaintiff, | ) |
| 3 | v. | ) Order Accepting Report and<br>) Recommendation of United States<br>) Magistrate Judge |
| 4 | JUAN GUERRERO et al., | ) |
| 5 | Defendants. | ) |
| 6 | | ) |

7    Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Second

8  Amended Complaints, the records on file, and the Report and

9  Recommendation of the assigned United States Magistrate Judge. The Court

10  has also reviewed Plaintiffs' written objections to the Report and

11  Recommendation and made a <u>de novo</u> determination of those portions of the

12  Report and Recommendation to which objections are made.

13    IT IS HEREBY ORDERED that:

14    1.    Except as set forth in paragraph 2, the Report and

15  Recommendation is approved and accepted.

16    2.    Based on the information contained in Plaintiffs' objections, the

17  Court will afford Plaintiffs an opportunity to amend their third claims for

18  infringement of religious rights.

19    3.    The following claims are dismissed with leave to amend: all claims

20  against Defendants Luna, Wallace, Worrell, Atkins, and Juarez; Plaintiffs'

21  <u>Monell</u> claims against the County; Plaintiffs' third claims for infringement of

22  religious rights in violation of the First Amendment; Plaintiffs' equal

23  protection claims; and Plaintiffs' 42 U.S.C. §§ 1985(2) and (3), 1986 claims.

24    4.    The following claims are dismissed without leave to amend:

25  Plaintiffs' tenth claims for retaliation against their Fifth Amendment right to

26  remain silent; Plaintiffs' eleventh claims for denial of liberty without due

27  process of law in violation of the Fourteenth Amendment; Plaintiffs' thirteenth

28  claims for deprivation of rights under color of law; Plaintiffs' fourteenth claims

1  for violation of California Civil Code § 52.1; Plaintiffs' eighteenth claims for

2  extortion; Plaintiffs' nineteenth claims for violation of California Civil Code §

3  52.5, human trafficking and slavery.

4       5.     Plaintiffs are ordered to file their Third Amended Complaints

5  within twenty-eight (28) days of the date of this Order. The Third Amended

6  Complaints must be a complete and independent document and must not refer

7  to prior pleadings. The Third Amended Complaints must not include any of

8  the claims dismissed without leave to amend in paragraph 4 above. The Third

9  Amended Complaints also must not include any new claims or name any new

10  defendants.

11       6.     Plaintiffs are cautioned that failure to file a Third Amended

12  Complaints within the time specified by this Order may result in the dismissal

13  of this action with prejudice on the grounds stated in the Report and

14  Recommendation of the United States Magistrate Judge and/or for failure to

15  prosecute.

16

17  Dated: April 12, 2016

18

19                          JOHN A. KRONSTADT
                        United States District Judge

20

21

22

23

24

25

26

27

28