1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                          WESTERN DIVISION

11  TALMADGE ADIB TALIB,              ) Case No. CV 15-3825-JAK (DFM)
12          Plaintiff,                 )
                                       ) Order Accepting Report and
13          v.                         ) Recommendation of United States
                                       ) Magistrate Judge
14  JUAN GUERRERO et al.,              )
                                       )
15          Defendants.                )
16  ─────────────────────────────────

17  DANIEL A. DAVIS,                   ) Case No. CV 15-3829-JAK (DFM)
18          Plaintiff,                 )
                                       ) Order Accepting Report and
19          v.                         ) Recommendation of United States
                                       ) Magistrate Judge
20  JUAN GUERRERO et al.,              )
                                       )
21          Defendants.                )
22  ─────────────────────────────────

23  ROLAND LEROY REESE-BEY,            ) Case No. CV 15-3833-JAK (DFM)
24          Plaintiff,                 )
                                       ) Order Accepting Report and
25          v.                         ) Recommendation of United States
                                       ) Magistrate Judge
26  JUAN GUERRERO et al.,              )
                                       )
27          Defendants.                )
28

| | | |
|---|---|---|
| 1 | ROMANÁH HOLMES-BEY, | Case No. CV 15-4822-JAK (DFM) |
| 2 | Plaintiff, | |
| 3 | v. | Order Accepting Report and Recommendation of United States Magistrate Judge |
| 4 | JUAN GUERRERO et al., | |
| 5 | Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Third Amended Complaints, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. The Court has also reviewed Plaintiffs' written objections to the Report and Recommendation and made a de novo determination of those portions of the Report and Recommendation to which objections are made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. The following claims are dismissed without leave to amend for failure to state a claim:
   a. all claims against Defendants Luna, Wallace, Worrell, Atkins, and Juarez;
   b. Plaintiffs' Monell claims against the County;
   c. Plaintiffs' equal protection claims; and
   d. Plaintiffs' 42 U.S.C. §§ 1985(2), (3), and 1986 claims.

Dated: October 13, 2016

JOHN A. KRONSTADT
United States District Judge