# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TALMADGE ADIB TALIB, | Case No. CV 15-03825-JAK (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| JUAN GUERRERO et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

Date: December 20, 2019

_____
JOHN A. KRONSTADT
United States District Judge